Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
JOHN PALMER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN PALMER<br><br>                Defendants | CASE NO. 18-0248 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 5/7/19 AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant, John Palmer, represented by Attorney Dina Santos; hereby stipulate as follows:

1. By previous order, this matter was set for status on February 12, 2019.

2. By this stipulation, defendants now move to continue the status conference until May 7, 2019 at 9:15 a.m. and to exclude time between February 12, 2019, and May 7, 2019, under Local Code T4. Plaintiff does not oppose this request. The Defense requires time to conduct investigation, review discovery and negotiate with the Government.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2019, to May 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 6, 2019         MCGREGOR SCOTT
                                 United States Attorney


                                 /s/ Cameron Desmond
                                 CAMERON DESMOND
                                 Assistant United States Attorney



Dated:  February 6, 2019         /s/   Dina L. Santos
                                 DINA L. SANTOS, ESQ.
                                 Attorney for JOHN PALMER




**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of February, 2019

                                 /s/ John A. Mendez

                                 _____
                                 HON. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28