Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
JOHN PALMER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18CR248 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 8/20/19 AT 9:15 A.M. |
| v. | |
| JOHN PALMER | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant, John Palmer, represented by Attorney Dina Santos; hereby stipulate as follows:

1. By previous order, this matter was set for status on August 13, 2019.

2. By this stipulation, defendants now move to continue the status conference until August 20, 2019 at 9:15 a.m., and to exclude time between August 13, 2019, and August 20, 2019, under Local Code T4. Plaintiff does not oppose this request. The Defense requires time to conduct investigation, review discovery and negotiate with the Government, and meet with client who is housed in Nevada City.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does

not object to the continuance.

b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 13, 2019, to August 20, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 9, 2019     MCGREGOR SCOTT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

Dated: August 9, 2019     /s/ Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for JOHN PALMER

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of August, 2019.

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE