UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN DAVID PALMER,<br><br>                Defendant. | Case No. 2:18-CR-00248 JAM<br><br><br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>HOLLY GARREN,<br><br>                Defendant. | Case No. 2:19-CR-00164 TLN |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is

1

1 effected.  Under the regular practice of this court, related cases
2 are generally assigned to the judge to whom the first filed action
3 was assigned.
4     IT IS THEREFORE ORDERED that the action denominated 2:19-
5 CR-00164 TLN be reassigned to Judge John A. Mendez for all further
6 proceedings, and any dates currently set in the reassigned case
7 only are hereby VACATED.  Henceforth, the caption on documents
8 filed in the reassigned case shall be shown as 2:19-CR-00164 JAM.
9     IT IS FURTHER ORDERED that the Clerk of the Court make
10 appropriate adjustment in the assignment of criminal cases to
11 compensate for this reassignment.
12     IT IS SO ORDERED.

Dated: September 25, 2019    /s/ John A. Mendez_____
                             JOHN A. MENDEZ
                             United States District Court Judge