Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
JOHN PALMER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN PALMER,<br><br>        Defendant | CASE NO. 18CR0248 JAM<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 11/10/20 AT 9:30 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Cameron Desmond, and Defendant, JOHN PALMER, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to November 10, 2020, at 9:30 a.m., in the above-captioned matter. The briefing schedule will be reset as follows:

1

| | |
|---|---|
| Judgment and Sentencing Date: | Nov. 10, 2020 at 9:30 a.m. |
| Reply, or Statement of Non-Opposition: | Nov. 3, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | Oct. 27, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Oct. 6, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Sept. 29, 2020 |
| **Presentence Report shall be prepared and disclosed to Counsel** | Sept 15, 2020 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 27, 2020                                      McGregor Scott
                                                                         United States Attorney


                                                                          /s/ Cameron Desmond
                                                                         CAMERON DESMOND
                                                                         Assistant United States Attorney


Dated: July 27, 2020                                      /s/   Dina L. Santos
                                                                         DINA L. SANTOS, ESQ.
                                                                         Attorney for John Palmer

**ORDER**

IT IS SO FOUND AND ORDERED this 27th day of July, 2020

                                                                          /s/ John A. Mendez
                                                                         HON. JOHN A. MENDEZ
                                                                         UNITED STATES DISTRICT COURT JUDGE