1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4

5  Attorney for:
   JOHN PALMER

6
                    IN THE UNITED STATES DISTRICT COURT
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,           CASE NO. 18-cr-0248 JAM
10
                    Plaintiff,         STIPULATION AND ORDER TO RESET
11                                     BRIEFING SCHEDULE AND CONTINUE J&S
             v.                        2/1/22 AT 9:15 A.M.
12
   JOHN PALMER,
13
                    Defendant
14

15

16

17
                              **STIPULATION**
18

19     Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney

20
   Cameron Desmond, and Defendant, JOHN PALMER, by and through his counsel, Dina L. Santos, agree
21

22 and stipulate to reset the briefing schedule and set Judgement and Sentencing to February 1, 2022, at

23
   9:15 a.m., in the above-captioned matter. The briefing schedule will be reset as follows:
24

25

26

27

28
                                           1

| | | |
|---|---|---|
| Judgment and Sentencing Date: | | Feb 1, 202 |
| Reply, or Statement of Non-Opposition: | | Jan. 25, 2021 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | Jan. 18, 2021 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | | Jan. 4, 2021 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | Dec. 21, 2021 |
| **Presentence Report shall be prepared and disclosed to Counsel** | | Dec 7, 2021 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  October 20, 2021          McGregor Scott
                                  United States Attorney

                                   /s/ Cameron Desmond
                                  CAMERON DESMOND
                                  Assistant United States Attorney


Dated:  October 20, 2021            /s/   Dina L. Santos
                                  DINA L. SANTOS, ESQ.
                                  Attorney for John Palmer

**ORDER**

Dated: 10/22/2021                 /s/John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE