PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN PALMER,<br><br>  Defendant. | CASE NO. 2:18-CR-00248-JAM<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S FOUR-PAGE MOTION |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Cameron L. Desmond, provides notice that it is requesting to file under seal: (1) a four-page Motion filed with the Court in connection with the criminal prosecution of defendant John Palmer based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents.  The government respectfully requests that these documents remain under seal until further Order of the Court.

The aforementioned documents were transmitted to the Court on June 15, 2021.  Copies of the documents were served on the parties

Dated:  July 12, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Cameron L. Desmond
CAMERON L. DESMOND
Assistant United States Attorney

NOTICE OF REQUEST TO SEAL        1